■ GEORGE EDELMAN v HARRY BERMACK et al. — Motion to dismiss appeal granted, with $20 costs, without prejudice to an application properly made at

Special Term to vacate the order appealed from. (*Everitt, v Health Maintenance Center*, 86 AD2d 224). Concur — Murphy, P. J., Kupferman, Sandler, Markewich and Asch, JJ.